MECH, Respondent, v. SHAWANO CANNING COMPANY, INC., and another, Appellants.

GREELY, Respondent, v. SAME, Appellants.

WERNER, Respondent, v. SAME, Appellants.

HEIN, Respondent, v. SAME, Appellants.

*May 1—June 6, 1961.*

For the appellants there was a brief by *Callahan & Arnold* of Columbus, and oral argument by *Clark Arnold* and *Carroll B. Callahan.*

For the respondents there was a brief by *Sigman, Sigman & Shiff* of Appleton, and oral argument by *Samuel Sigman.*

BROADFOOT, J.   These cases were submitted with the case of *Strong v. Shawano Canning Co.*, ante, p. 604, 109 N. W. (2d) 355, decided herewith, and by stipulation are ruled by the decision therein.

*By the Court.*—Judgments affirmed.